IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1843-JLK**

**JAN WIGHT,**

    Plaintiff,

v.

**PORTER CARE ADVENTIST HEALTH SYSTEM, d/b/a CENTURA HEALTH-LITTLETON ADVENTIST HOSPITAL, a Colorado corporation,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation for Dismissal with Prejudice (doc. #17), filed April 1, 2008, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 1st day of April, 2008.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT